U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

SEP 19 2008

ROBERT H. SHEMWELL, CLERK
BY _____
      DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | | |
|---|---|---|
| JOHN POULLARD | * | CIVIL ACTION NO. 07-1948 SEC. P |
| VERSUS | * | JUDGE STAGG |
| RICHARD STALDER, LOUISIANA DEPARTMENT OF CORRECTIONS | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that John Poullard's motion for default judgment [doc. # 32] be, and it is hereby **DENIED**, and that his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 be, and it is hereby **DISMISSED, with prejudice**.

THUS DONE AND SIGNED this 19th day of September, 2008, in Shreveport, Louisiana.

TOM STAGG
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION